UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

MAR 1 0 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO. 3:08mj 53 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | MATERIAL WITNESS |
| | ) | COMPLAINT |
| MARIA TERESA MUNIZ-OBREGON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Material Witness Complaint, supporting Affidavit, and any related Order of this Court be sealed until further order of this Court,

**IT IS HEREBY ORDERED** that the Material Witness Complaint, supporting Affidavit, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office as well as the Material Witness's counsel of record, James S. Weidner.

This the 10th day of March, 2008.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE