FILED
CHARLOTTE, NC

APR 1 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

3:08 mj 53

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO. |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | MATERIAL WITNESS |
| | ) | COMPLAINT |
| MARIA TERESA MUNIZ-OBREGON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Material Witness Complaint, supporting Affidavit, and related Order of this Court be unsealed,

**IT IS HEREBY ORDERED** that the Material Witness Complaint, supporting Affidavit, and related Order be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office as well as the Material Witness's counsel of record, James S. Weidner.

This the 1st day of April, 2008.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE