UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

JUN 2 5 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 3:08mj18 |
| ) | 3:08mj53 |
| vs. ) | |
| ) | |
| ) | |
| MARIA TERESA MUNIZ-OBREGON ) | |
| ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of North Carolina hereby dismisses the **Material Witness Complaint** filed in this case as to defendant **Maria Teresa Muniz-Obregon**.

_____
Thomas T. Cullen
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

6/25/08
DATE

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
AUSA Thomas T. Cullen
Ed Miller, U.S. Marshals Service
Jim Weidner, Attorney for Maria Teresa Muniz-Obregon